No. 739. OSBORN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Maclin P. Davis, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 674. HENRY I. SIEGEL Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Osmond K. Fraenkel* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Jacob Sheinkman* for Amalgamated Clothing Workers of America, AFL–CIO, respondents.

No. 752. MATZNER ET AL. *v.* BROWN, JUDGE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *F. Lee Bailey* for petitioners. *Arthur J. Sills,* Attorney General of New Jersey, and *Elias Abelson,* Assistant Attorney General, for respondent.

No. 63, Misc. MOORE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward W. Bergtholdt,* Deputy Attorney General, for respondent.

No. 151, Misc. WANE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Russell Iungerich,* Deputy Attorney General, for respondent.